UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:15-CV-194-GNS

HEATHER JONES                                                                                       PLAINTIFF

v.

JOAN MANGANARO PADUCAH, LLC
d/b/a ITALIAN GRILL ON BROADWAY; and
JOAN MARINA STORM MANGANARO, Individually                         DEFENDANTS

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**(Electronically Filed)**

COMES NOW, the plaintiff, Heather Jones, by counsel, and hereby gives notice to the Court that the parties have reached an agreement to settle all claims asserted by the plaintiff in this action, and that the parties believe the settlement will be finalized within the next few weeks. Therefore, the Court need not maintain this action on its active docket, nor conduct the Rule 16 Scheduling Conference currently scheduled for December 7, 2015 at 2:00 PM, CST. Once the settlement is finalized, the parties will tender an Agreed Order of Dismissal to the Court which will dismiss the plaintiff's claims with prejudice.

RESPECTFULLY SUBMITTED, this the 17th day of November, 2015.

EDWARD K. BOX PLLC

By: s/Edward K. Box
Edward K. Box, Esq.
517 Broadway, Suite 100
Paducah, KY 42001
(270) 442-3555
ebox@eboxatty.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 17th day of November, 2015, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Katherine A. Garbarino, Esq. and Craig P. Siegenthaler., attorneys for Defendants.

                                              s/ Edward K. Box
                                              Attorney for Plaintiff